```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 04 B 06808
   ROBERT LOUIS CALDWELL
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-7440

-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
      The case was filed on 02/23/2004 and was confirmed 04/12/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors an estimated  94.53% from remaining funds.

      The case was paid in full 05/12/2008.
-----------------------------------------------------------------------
 CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                             PAID            PAID
-----------------------------------------------------------------------
 WELLS FARGO HOME MORTGAG  CURRENT MORTG   50244.18              .00        50244.18
 WELLS FARGO HOME MORTGAG  MORTGAGE ARRE   14100.68              .00        14100.68
 ADT SECURITY SYSTEMS      UNSECURED       NOT FILED             .00             .00
 RISK MANAGEMENT ALTERNAT  NOTICE ONLY     NOT FILED             .00             .00
 AT&T CABLE SERVICE        UNSECURED       NOT FILED             .00             .00
 CREDIT PROTECTION ASSOC   NOTICE ONLY     NOT FILED             .00             .00
 BURDYKE INVESTMENTS       UNSECURED       NOT FILED             .00             .00
 FINGERHUT CORP            UNSECURED       NOT FILED             .00             .00
 INGALLS HOSPITAL          UNSECURED       NOT FILED             .00             .00
 INGALLS HEALTH VENTURES   NOTICE ONLY     NOT FILED             .00             .00
 INGALLS MIDWEST EMERGENC  UNSECURED       NOT FILED             .00             .00
 LONG BEACH ACCEPTANCE     UNSECURED       10601.37              .00        10021.50
 LONG BEACH ACCEPTANCE     NOTICE ONLY     NOT FILED             .00             .00
 NICOR GAS                 UNSECURED        2345.35              .00         2217.07
 SAFEWAY                   UNSECURED       NOT FILED             .00             .00
 SAFEWAY                   UNSECURED       NOT FILED             .00             .00
 PETER FRANCIS GERACI      DEBTOR ATTY      2,700.00                         2,700.00
 TOM VAUGHN                TRUSTEE                                           4,716.57
 DEBTOR REFUND             REFUND                                            2,054.00

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
 TRUSTEE               86,054.00

 PRIORITY                                         .00
 SECURED                                    64,344.86
 UNSECURED                                  12,238.57
 ADMINISTRATIVE                              2,700.00
 TRUSTEE COMPENSATION                        4,716.57
 DEBTOR REFUND                               2,054.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 06808 ROBERT LOUIS CALDWELL
```

```
                                ---------------      ---------------
TOTALS                                86,054.00            86,054.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 08/27/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```